Daniel P. Struck, Bar #012377
Emily J. Bare, Bar No. 038633
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600
dstruck@strucklove.com
ebare@strucklove.com

*Attorneys for Defendant CoreCivic, Inc*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffery Jessup, | No. 2:25-cv-01486-JJT--DMF |
| Plaintiff(s), | **DEFENDANT CORECIVIC'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| CoreCivic, Inc., | |
| Defendant(s). | |

This Corporate Disclosure Statement is filed on behalf of Defendant CoreCivic, Inc. in compliance with the provisions of: *(check one)*

__**X**__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

|   |   |
|---|---|
| 1 | **The filing party hereby declares as follows:** |
| 2 | __X__ No such corporation. |
| 3 | ____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation |
| 4 | as listed below. *(Attach additional pages if needed).* |
| 5 | _____ Relationship _____ |
| 6 | ____ Publicly held corporation, not a party to the case, with a financial interest in |
| 7 | the outcome. *List identity of corporation and the nature of financial interest.* |
| 8 | *(Attach additional pages if needed).* |
| 9 | _____ Relationship _____ |
| 10 | ____ Other (please explain) |
| 11 | _____ |
| 12 | _____ |
| 13 | **A supplemental disclosure statement will be filed upon any change in the** |
| 14 | **information provided herein.** |

DATED this 2nd day of May, 2025.

STRUCK LOVE ACEDO, PLC

By   /s/ Emily J. Bare
       Daniel P. Struck
       Emily J. Bare
       3100 West Ray Road, Suite 300
       Chandler, Arizona 85226

*Attorneys for Defendant CoreCivic, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

Jeffery Jessup, #43680-510
CCA Central Arizona
Detention Center
P.O. Box 6300
Florence, AZ 85132

*Pro Se Plaintiff*

/s/   E. Glover

3