Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO ~~FEDERAL AND/OR LOCAL~~ RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __CIVIL 54__
_(Rule Number/Section)_

## UNITED STATES DISTRICT COURT

for the

District of __Arizona__

_____ Division

| | FILED ✓ | LODGED ___ |
| RECEIVED ___ | COPY ___ |

OCT 0 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

__Jeffery Jabari Jessup__

Plaintiff(s)

_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

__CoreCivic Inc.__   IDURANT
WT 0.5 OZ (14g)

Defendant(s)

_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __25-cv-01486-JJT--DMF__
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☒ Yes ☐ No

| FILED ✓ | LODGED ___ |
| RECEIVED ___ | COPY ___ |

OCT 0 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name __Jeffery Jabari Jessup__ inmate# 4368056

Street Address __P.O. Box 6300    CoreCivic-CAFCC__

City and County __Florence    Pinal County__

State and Zip Code __Arizona    85132__

Telephone Number __(480)797-3073__

E-mail Address _____

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

CoreCivic Inc.

5501 Virginia Way Suite 110

Brentwood

TN    37027

(615)263-3000

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* ___Jeffery Jabari Jessup___, is a citizen of the State of *(name)* ___Arizona___.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* (MCD) McDonald's Corp., is a citizen of the State of *(name)* ___Arizona/Na___. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* CoreCivic Inc. , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* Tenn. .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

Personal injury $150 M because this was a state case and has no limit under the Arizona's 3/5th bill "No law shall limit an amount to a person injuried in this state." which I filed in Maricopa Superior court 1/22/25 and will be attached a before being remove 5/20/25.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My claim is pursuant to 28 U.S.C.S § 5001 personal injury which

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

# III. Statement of Claim

CoreCivic Inc. is a corporation out of

who employs guards, security and ect. for private prisons and other places and I'm an inmate at one of thier private prison were they employ guards not correctional officers not to confuse the two but I've been here for over 2 ½ years during my stay I're been psychologically intimidated to cause mentaly harm, harassed, phyical harm on Multiple occassions at the hands of CoreCivic Inc. (The Defendant)'s and it's staff also try and stoll property like my business Ideas and 18 music projects.

1.
• Psychological intimidation to cause mental harm and harassment   More Medical Record will be filed. Since 3/15/23 after CoreCivic Inc. staff assualted me I've been put in segregation in since that day staff would Knowingly and Intentionally harass me stand outside my room on seg's rec. yard throw rocks yell at me things like "You got H.I.V", "I hate you", make sexual noises and ect. I don't Know if I have H.I.V but I'm concerned for my health although I've been tested twice I'm still unsure because the way they treat me here. One day my brother and I was on the phone and an employee came and said that I wasn't on the 1/3

## III. Statement of Claim.

• Third Incident on 10/27/23 show of injury will be attached
Another employee slammed me to the ground knocking my tooth out of place. On my way to the shower I was asking the guard to loosen up his grip because I can feel his nails in my mussles when I got to the shower they wouldn't for some odd reason let me get in the shower even though I was right in front of it when I tried he wouldn't let me go he then slammed me to the ground.

• Forth Incident on 5/2/25 show of injury will be attached
After I was Kicked-out of courtroom tooking to downstairs holding cell an guard twisted om yy ring finger until it whas broken (trigger finger) while I was in handcuffs and shakels

3/3

**Patient Name:** JEFFEREY JESSUP                    **MRN:** 6108434                    **DOB:** 04-Apr-1997
**Date of Visit:** 01-Jul-2025                              **Owner:** Malcolm, Deborah
**Document Type:** Progress Note v11
**Site Name:** Central Arizona Florence Complex

## Allergies

- No Known Drug Allergies

## Current Meds

1. Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Inhalation Aerosol Solution; INHALE 2
   PUFFS Twice daily PRN DOT until KOP;
   Therapy: 10Feb2023-(Last:04Feb2025); Last Rx:04Feb2025 Ordered

## Subjective

Detainee presents with complaints of persistent pain in the left palm for the past 2 months. Pain describes as deep and aching. Pain is present when pressure is applied to the area. He also reports that the left 3rd finger does not move voluntarily when he attempts to flex or extend it. At times, it exhibits involuntary "rototic" movement, or he has to use his other hand to move it manually. Denies trauma to the hand in recent months.
Additionally, he reports left medial ankle pain, stating that he had a prior injury in the same area and believes he reinjured it a few weeks ago. Describes increased pain with weight-bearing or pressure on the left leg. Denies swelling, redness, or bruising. No other joint complaints at this time.

## Objective

Alert and oriented x4, in no acute distress
Left Hand: No visible swelling, erythema, or deformity. Limited active range of motion noted at the 3rd digit, particularly flexion/extension. No signs of infection or skin changes.
Left Ankle: No swelling or ecchymosis noted. Tender to palpation over the medial malleolus. Full active range of motion with discomfort. gait was not assessed due to RHU setting

## Assessment

Left Hand Pain
Dysfunction of the Left 3rd Finger
Left Ankle Pain

## Plan

### Pain, foot, chronic

- Start: Acetaminophen 325 MG Oral Tablet; TAKE 2 TABLET TWICE DAILY PRN
- Onsite X Ray; Status:Hold For - Scheduling; Requested for:02-Jul-2025;
  Anatomical Location : LEFT ANKLE

Start Acetaminophen
X-rays of the Left Ankle
f-up in 7-10 days

## Education

**Education and Counseling**
Discussed all abnormal findings with patient: Yes
Educated on Treatment Plan
Patient / Inmate Verbalized understanding of diagnosis and treatment plan

## Signatures

Page 6

**Patient Name:**JEFFEREY JESSUP                    **MRN:**6108434                    **DOB:**04-Apr-1997
**Date of Visit:**02-May-2025                    **Owner:**AHSAdmin,AHS
**Document Type:**Emergency Anatomical Form
**Site Name:**Central Arizona Florence Complex

13-34A2-USMS

## Facility Emergency Anatomical Form USM

☑ Inmate/Resident   ☐ Employee
Facility Name: _____ CAFGC _____   Date: 5/2/25   Time: 1930

Name: (Last, First) Jessup, Jefferey Jabari   Agency # / Employee#: 43680510

Age: 28   Race: _____   Sex: ☑ male ☐ female   Time Notified: 197.0   Time Seen: 1930

Place of Occurrence: Med 4   Date/Time of Occurrence: 5/2/25 @ 1930

Reason for Report: ☑ injury ☐ on the job injury ☑ use of force ☐ pre-seg admission ☐ other: _____

Mode of Arrival? ☑ wheelchair ☐ ambulatory ☐ on-site ☐ escorted by _____

Injuries Found? ☑ Yes   ☐ No - If yes, use the appropriate code number on the figures above

| Injury | # | Injury | # | Injury | # | Other, list below | # |
|---|---|---|---|---|---|---|---|
| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | | 17 |
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | | 18 |
| Bruise/Discoloration | 3 | Chemical Spray Area | 9 | Swollen Area | 15 | | 19 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: RB
Time: 11
LIP Notified: _____
Time: 1930
Form Completed By/Title:
Print/Sign: RB RN

Chemical Spray Exposure? ☐ Yes ☑ No   Decontaminated? ☐ Yes ☑ No   Self-decontamination instructions given? ☐ Yes ☐ No
Refused Decontamination? ☐ Yes ☑ No   Placed on every 15 minute respiratory checks? ☐ Yes ☑ No
Brief Statement in subject's words of the circumstances of the occurrence: _____
use of force in court

Comments: _____
Disposition: per security   Time: 1930

Cleared for RHU:   Yes   No   N/A if not preseg
Cleared by Medical: ☑ Yes   No   Respiratory issues: Yes ☑ No
Mental Health concerns: Yes ☑ No   MH Referral: Yes ☑ No

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic

00/19/20

**Patient Name:**JEFFEREY JESSUP                                  **MRN:**6108434        **DOB:**04-Apr-1997
**Date of Visit:**31-Oct-2024                                              **Owner:**Wolfe,Shelley
**Document Type:**Suicide Risk Assessment Interview 13-84A1
**Site Name:**Central Arizona Florence Complex

D. Tell me about some of your problem solving and coping skills/strategies. When things are hard, what do you do?
D & T

## Subjective
**13-84A Subjective:**
**Subjective (summary of presenting problem and and static/dynamic factors noted above.)** IM reported a history of feeling like a counseling from 3rd grade to 10th grad due to behavioral problems, anxiety, and PTSD. IM reported he has been on xanax in the past. IM reported a history of drug use stating he used "all of them" daily. IM has not used since the day he was arrested. IM reported "a lot" of past arrests with about 5 years incarcerated before this time. IM denies knowledge of his release date. IM reported a history of violence. IM complains "the guards are messing with me. They are on my phone calls. I can't take meds because they might poison me. I need the FBI here." IM looks forward to getting out and becoming and entrepreneur.

## Objective
**13-84A Objective:**
**Objective (summary of interviewer observation/record review during interview)** IM presents as fully oriented with good eye contact. Attention appears to be within normal limits. Thought processes are logical and linear. Mood appears euthymic. Affect appears congruent. Possible paranoid ideation. No perceptual disturbances are observed. Denied suicidal or homicidal ideation.

## Assessment
**13-84A Assessment:**
**Assessment (diagnostic impressions, rational for level of risk based on protective vs risk factors, etc)** IM presents with a long history of substance abuse. IM reported feelings of despair and like he is a burden to anyone who calls him due to asking for money on his books every time, however, this is incongruent to his affect which was euthymic. IM laughed and joked throughout his assessment. IM appears to be coping with being in segregation. Protective factor is his mom stays in contact via phone on a regular basis.

## Plan
**13-84A Plan:**
**Plan (describe interventions or plans)** IM will access mental health as needed.
**Plan for follow-up Date and Clinician:**

## Education
**13-84A Education:**
**Education (report interventions used during interview, such as wellness plan.** Informed IM on how to access mental health services.

## Signatures
Electronically signed by : Shelley Wolfe, Ph.D; Oct 31 2024  4:13PM UMST (Author)

**Patient Name:**JEFFEREY JESSUP        **MRN:**6108434      **DOB:**04-Apr-1997

**Date of Visit:**27-Oct-2023        **Owner:**Stevens,Mark

**Document Type:**NEUROLOGICAL STATUS CHANGE 13-71A22

**Site Name:**Central Arizona Florence Complex

## Plan

**13-71A22 Plan:**

Plan

No orders received   **Title**

Patient Education

Instructed on treatment provided, follow-up sick call with medical provider if applicable.

Inmate verbalizes understanding of instructions. assess for any further issues if necessary.

## '''Impression'''

**13-71A22 NP Findings Impressions:**

Findings requiring immediate consultation with Licensed Independent Provider (LIP)

Findings requiring urgent consultation with Mental Health Licensed Independent Provider (LIP)

Findings requiring routine consultation with Mental Health Licensed Independent Provider (LIP)

**Signatures**

Electronically signed by : Mark Stevens, R.N.; Oct 27 2023 10:49AM UMST (Author)

Patient Name:JEFFEREY JESSUP                    MRN:6108434        DOB:04-Apr-1997

Date of Visit:27-Oct-2023                       Owner:Stevens,Mark

Document Type:NEUROLOGICAL STATUS CHANGE 13-71A22

Site Name:Central Arizona Florence Complex

**Subjective**
**13-71A22 Neuro Status Change Subjective:**
**Call 9-1-1 FOR ALTERED STATES OF CONSCIOUSNESS or IF PATIENT/INMATE IS**
**UNRESPONSIVE, REFER IMMEDIATELY TO AN LIP PENDING ARRIVAL OF EMS.**
Document all findings for an emergency on the "Emergency Flowsheet" 13-34A1
**Chief Complaint (In patient's own words)** DT indicated he got confused while being escorted to the
shower.
Onset of Symptoms 0905, Hour(s)
Do you have a history of any of the following?
Are you experiencing any of the following?
Do you have a history of OR currently have:
**(Positive response requires direct observation and immediate referral to Mental Health LIP)**
**FINDINGS REQUIRING IMMEDIATE CONSULTATION WITH LICENSED INDEPENDENT PROVIDER**
**(LIP) / RN**

**Allergies**
1. No Known Drug Allergies

**Vitals**
**Vital Signs**
**Recorded: 27Oct2023 10:41AM**
Blood Pressure: 136 / 87, RUE, Sitting
Respiration: 16
Respiration Quality: Normal
Heart Rate: 83
O2 Saturation: 97

**Objective**
**13-71A22 Objective NP:**
**Objective**
**Mental Status** Oriented to Person
Oriented to place and time
**Neurological** Pupils are equal
Pupils reactive to light
Speech normal
**Level of Consciousness** Alert
**(If abnormal findings in vitals, refer to LIP and complete the ?Emergency Flowsheet? 13-34A1 /**
**Glascow Coma Scale)**
**Current Behavior**
No patient is not being followed in Chronic Care
Is patient in the mental health program? NO
No Has the patient been seen previously at sick call for this complaint?
**Note: if the patient has been seen two or more times for this same complaint, referral to LIP is**
**necessary)**
**Current Medications:** no issues
**FINDINGS REQUIRING IMMEDIATE CONSULTATION WITH LICENSED INDEPENDENT PROVIDER**
**(LIP)**
**If LPN instructed to follow nursing intervention plan of care, consulted with: Name: Title:**
**Medical Provider/RN Notified Date: Time:**
**Emergency department notification time: Transport Time:**

**Assessment**
**13-71 NP Assessment Note:** DT indicated while he was being escorted to the shower he felt he became
a bit confused which caused him to balk at walking and caused him to stumble. He has no physical
injuries other that a reddened area on the inside of the left elbow area where the CO had a hold of him to
escort him to the shower. Most likely resuted from his stumble and officer trying to steady him.
All vitals were stable pupils equal and reactive no c/o pain
DT did not strike his head when he stumbled down.
**EXPLAIN ASSESSMENT DECISION RELATED TO CLINICAL FINDINGS, TO INCLUDE PHYSICAL**
**ASSESSMENT:**

Patient Name:JEFFEREY JESSUP                MRN:6108434              DOB:04-Apr-1997
Date of Visit:27-Oct-2023                   Owner:AHSAdmin,AHS
Document Type:Emergency Anatomical Form
Site Name:Central Arizona Florence Complex

13-34A2-USMS

## Facility Emergency Anatomical Form- USM

R    L    Front    Back    R    R    L    L    R    R    L    L    R

☐ Inmate/Resident    ☐ Employee          Date: 10/27/23    Time: 0905
Facility Name:_____CAFCC_____

Name: (Last, First)___Jessup, Jeffery_____    Agency # / Employee#:___43600570_____

Age:__26____    Race:__B____    Sex:☑male ☐ female    Time Notified:_0905_    Time Seen:_0910_

Place of Occurrence:____900 Bravo____    Date/Time of Occurrence:_10/27/23_ @ _0900_

Reason for Report: ☑injury ☐ on the job injury ☐ use of force ☐ pre-seg admission ☐ other:_____

Mode of Arrival? ☐ wheelchair ☐ ambulatory ☑on-site ☐ escorted by _____

Injuries Found? ☐ Yes  ☐ No - If yes, use the appropriate code number on the figures above

| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | Other, list below | |
|---|---|---|---|---|---|---|---|
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | | 17 |
| Bruise/Discoloration | 3 | Chemical Spray Area | 9 | Swollen Area | 15 | | 18 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: Mark Stevens
Time: 0905
LIP Notified:_____
Time:_____
Form Completed By/Title:
Print/Sign MP L__

Chemical Spray Exposure? ☐Yes ☑No    Decontaminated? ☐ Yes ☑No    Self-decontamination instructions given? ☐ Yes ☑No
Refused Decontamination? ☐ Yes ☑No    Placed on every 15 minute respiratory checks? ☐ Yes ☑No
Brief Statement in subject's words of the circumstances of the occurrence: Pt indicated he become confused
while being escorted to the shower causing him to stumble.

Comments: Small abrasion on L inner elbow

Disposition: no tx request or    Time: 0930
medical

Cleared for RHU:    Yes  No    N/A if not preseg
Cleared by Medical: Yes  No    Respiratory issues: Yes No
Mental Health concerns: Yes No    MH Referral: Yes No

08/19/20

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

Patient Name:JEFFEREY JESSUP

Date of Visit:25-Oct-2023

Document Type:Dental XRay Report

Site Name:Central Arizona Florence Complex

MRN:6108434

Owner:AHSAdmin,AHS

DOB:04-Apr-1997



13-34A2-USMS

# Facility Emergency Anatomical Form- USM

Front    Back

R    L

R    R

L    L

L    L    R

☑ Inmate/Resident    ☐ Employee
Facility Name: CAFCC    Date: 6/27/23    Time: 2027

Name: (Last, First) JESSUP, Jeffery    Agency # / Employee#: 18172090

Age: 26    Race: BLACK    Sex: ☑ male ☐ female    Time Notified: 2019    Time Seen: 2027

Place of Occurrence: Opod eett cell 108    Date/Time of Occurrence: 6/27/23 @ 2019

Reason for Report: ☐ injury ☐ on the job injury ☑ use of force ☐ pre-seg admission ☐ other: _____

Mode of Arrival? ☐ wheelchair ☐ ambulatory ☑ on-site ☐ escorted by _____

**Injuries Found?** ☐ Yes ☑ No - If yes, use the appropriate code number on the figures above

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | Other, list below | |
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | | 17 |
| Bruise/Discoloration | 3 | Chemical Spray Area | 9 | Swollen Area | 15 | | 18 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: _____
Time: _____
LIP Notified: Trouberg
Time: 2027
Form Completed By/Title:
Print/Sign: Trouberg RPC

Chemical Spray Exposure? ☑ Yes ☐ No    Decontaminated? ☑ Yes ☐ No    Self-decontamination instructions given? ☑ Yes ☐ No
Refused Decontamination? ☑ Yes ☐ No    Placed on every 15 minute respiratory checks? ☐ Yes ☑ No
Brief Statement in subject's words of the circumstances of the occurrence: Cell Abstraction even
Detainee Refused. Assessment. Resp even et unlab

Comments: _____
Disposition: CSW per Jostes    Time: 2135
Refused medical Evaluation.

Cleared for RHU: Yes No    N/A if not preseg
Cleared by Medical: Yes No    Respiratory issues: Yes No
Mental Health concerns: Yes No    MH Referral: Yes No

08/19/20

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

**Patient Name:**JEFFEREY JESSUP                    **MRN:**6108434              **DOB:**04-Apr-1997
**Date of Visit:**25-Jun-2023                                **Owner:**Lupo,Joseph
**Document Type:**Mental Health Note v11
**Site Name:**Central Arizona Florence Complex

## Subjective

IM was seen for daily follow-up to NCSW Q15. He reported that he did not want to talk because he did not get clothing. He reported that he said what he had to say.

## Objective

IM did not engage and MSE could not be completed.

## Assessment

IM did not engage, remained covered in bed.

## Plan

Continue Non Constant Suicide Watch Q15. He is approved for safety smock, safety blanket, mattress, and finger foods.

## Education

No education provided as he did not engage.

## Signatures

Electronically signed by : Joseph Lupo, Ph.D; Jun 25 2023  1:17PM UMST (Author)

Patient Name:JEFFEREY JESSUP                          MRN:6108434          DOB:04-Apr-1999
Date of Visit:24-Jun-2023                             Owner:Lupo,Joseph
Document Type:Mental Health Note v11
Site Name:Central Arizona Florence Complex

### Subjective
IM was seen for daily follow-up to NCSW Q15. He was observed speaking loudly from the cell door. When approached he said his mood was "a 6." He clarified that by saying that he was feeling "nothing extreme, OK." He reported that he was "not suicidal, they're harassing me." He reported that he was sleeping 8-9 hours/night ans was eating all meals served. He reported that he was diagnosed with ADHD as a child and had no adult MH diagnosis. He mentioned that he got "social Security when I was 19 years old." He shared that he was waiting to go to court and was not sentenced.

### Objective
Alert, oriented. Adequately dressed and groomed. Rapid and at times loud speech. Thought process linear, coherent and goal directed. Denied auditory and visual hallucinations and theses could not be inferred from IM's behavior. Mood nothing "extreme." Affect appeared elevated and constricted. Suicidal ideation - denied.

### Assessment
IM appeared to have elevated mood and and a rather high energy level. He denied any thougth, intent or plan to harm self or others.

### Plan
Continue - Non Constant Suicide Watch Q15. He is approved for safety smock, safety blanket, mattress, and finger foods.

### Education
Plan for follow-up. Access to mental health services routine and in an emergency.

### Signatures
Electronically signed by : Joseph Lupo, Ph.D; Jun 24 2023  3:28PM UMST (Author)

**Patient Name:**JEFFEREY JESSUP    **MRN:**6108434    **DOB:**04-Apr-1997
**Date of Visit:**23-Jun-2023    **Owner:**Willis,Steve
**Document Type:**Suicide Risk Assessment Interview 13-84A1
**Site Name:**Central Arizona Florence Complex

D & T Sense of purpose Family needs me No desire to die Love of family
**D. Tell me about some of your problem solving and coping skills/strategies. When things are hard, what do you do?**
D & T

## Subjective
### 13-84A Subjective:
**Subjective (summary of presenting problem and and static/dynamic factors noted above.)** Met with IM at OPOD where he is on Constant Suicide Watch. IM denied wanting to harm himself. IM had reported to medical staff self harm statements. IM refused to leave cell. IM did not follow verbal directives. IM denied any suicide attempts. IM reports substance abuse.

## Objective
### 13-84A Objective:
**Objective (summary of interviewer observation/record review during interview)** Did not endorse suicide ideations. Did not endorse auditory hallucinations. Oriented X4 and alert.

## Assessment
### 13-84A Assessment:
**Assessment (diagnostic impressions, rational for level of risk based on protective vs risk factors, etc)** IM appears to be a moderate danger to self. IM does not appear to be psychotic. IM appears to have poor affect management. IM appear alert and oriented.

## Plan
1. Suicide Precautions w/out Constant Observ. Suicide precautions w/out constant observation  Non Constant Suicide Watch.  He is approved for safety smock, safety blanket, mattress, and finger foods.  Status: Active - Perform Order  Requested for: 23Jun2023
2. Suicide Precautions w/out Constant Observ. Suicide precautions w/out constant observation  Non Constant Suicide Watch.  IM is approved for safety smock, safety blanket, and finger foods.  Status: Active - Perform Order Requested for: 23Jun2023

**13-84A Plan:**
**Plan (describe interventions or plans)** IM may be stepped down to Non Constant Suicide Watch Q15. He is approved for safety smock, safety blanket, mattress, and finger foods.
**Plan for follow-up Date and Clinician:** 6/24/2023

## Education
### 13-84A Education:
**Education (report interventions used during interview, such as wellness plan.** Educated IM on plan.

## Signatures
Electronically signed by : Steve Willis, LPC; Jun 23 2023 11:03AM UMST (Author)

**Patient Name:**JEFFEREY JESSUP                          **MRN:**0108434  **DOB:**04-Apr-1997
**Date of Visit:**23-Jun-2023                                              **Owner:**Willis,Steve
**Document Type:**Suicide Risk Assessment Interview 13-84A1
**Site Name:**Central Arizona Florence Complex

**Reason For Visit**
   **Suicide Risk Assessment Interview 13-84A:**
   **Marital Status** Single
   **When?**
   **1. What is happening that you might need to go on a watch? Please describe your situation.** IM denied wanting to harm himself. IM made self harm statements to medical staff. IM refused to leave cell after directives.
   2, Are you currently thinking about suicide or self-harm? NO (if no skip to 3) D&T
   A. Do you have a plan? NO
   **B How much do you want to die? D&T** 0
   **(MH to determine if patient has the motivation and means to kill himself)**
   3. Have you ever had thoughts of killing yourself or engaged in any kind of behavior to achieve that purpose? S&T NO
   **A. How often have you thought about killing yourself? S&T**
   B. Did you identify a plan to follow to kill yourself? S&T NO
   **C. Describe Plan: S&T**
   **D. When was the last time you planned to kill yourself? Date: S&T**
   E. Were you in custody? S NO
   **F. What stopped you from killing yourself? S&T**
   **G. How did you get through that time? S&T**
   H. Has anyone in your family died by suicide? S YES
   I. Have you ever had a close friend die by suicide? S YES
   4. Do you think you are a burden to others? D & T NO
   **A. If yes, how are you a burden to others? D & T**
   B. Do you think others would be better off if you were dead? D & T NO
   5. Have you ever hurt yourself without wanting to kill yourself? (if no skip to question 6) S NO
   **A. What did you do? S**
   **B. Why did you _____? S**
   **C. How often do you _____? S**
   **D. When was the last time that you _____? S**
   **E. How do you feel after you self-injure? S&T**
   **F. What else happens after you self-injure? S&T**
   **6. Tell me about your mental health history. Have you ever:**
   A: Been diagnosed with a mental illness? S YES
   **B: What was the diagnosis? S&T** ADHD, doesn't remember other diagnoses
   C: Had counseling? S YES High School
   D. Been hospitalized in a mental hospital? S NO
   **E: How many times? Number: S**
   **F: When was the most recent hospitalization? Date: S**
   G: Been prescribed MH medication? S YES
   **H: What have you been prescribed for MH? S** Doesn't remember names
   I: Are you taking current MH medication as prescribed? D&T NO
   **Suicide risk pt2:**
   YES 7. Do you have a history of illicit drug/alcohol abuse/use?
   **S & T**
   **A: What did you use?** "All drugs"
   **S**
   **B: How often?**
   **S**
   **C: When did you last use?** 4-5 years
   **S**
   **D: When did you last use while in custody?** No
   **S**
   **8: Tell me about your time in jail or prison (locked up).**
   **A: How many times have you been in jail or prison?**
   **S**
   **B: What is the total length of time you've spent in jail or prison? (approximately)** 4 years
   **S**
   **C: If sentenced, how long is your sentence?** UNK
   **S**
   **D: What is your release date?**
   **Marital Status** UNK

YES E: Do you have a history of violence? Would not give details
**S & T**
YES F: Have you had any recent disciplinary actions in confinement?
**S**
NO G: Have you ever been a victim of sexual assault, abuse, or harassment in custody?
**S & T**
NO 9. Have you had any recent bad news?
**If yes, describe**
**D & T**
YES 10: Have you had any recent/current relationship problems?
**If yes, describe**
**D & T**
NO 11. Have you ever been charged with or convicted of a sexual offense?
**S & T**
**12: Describe your normal day in jail or prison.**
**A: Who do you talk to?** "My brothers and uncles."
**D & T**
NO B: Do you go to recreation? (Indoors or outdoors)
**D & T**
NO C: Do you exercise?
**D & T**
NO D: Do you go to any programs?
**D & T**
NO E: Do you have a job?
**D & T**
YES F: Do you have any safety concerns?
**D & T**
**13 Do any of these apply to you? (MSE)**
NO A. Do you act without thinking?
**D & T**
NO B: Are you in physical pain right now?
**D & T**
NO C: Are you in emotional pain right now?
**D & T**
NO D: Do you have a chronic/ongoing illness?
**D & T**
NO E: Are you anxious?
**D & T**
NO F: Are you depressed?
**D & T**
NO G: Do you hear voices?
**D & T**
**H: If yes What do they say?**
**Suicide risk pt3:**
**14. CONNECTEDNESS: Do any of these apply to you? (inside or out of prison)** Reading and
puzzles
YES A. Other people care about me
**D & T**
NO B. I feel like I belong
**D & T**
NO C: I feel connected to others
**D & T**
NO D: I have good interactions with others
**D & T**
YES E: I am religious/spiritual
**D & T**
**15. FUTURE ORIENTATION**
**A. What would make life better and is possible in the current situation?**
**D & T**
**B. I am looking forward to:**
**D & T**
**C: Consider "Reasons for Living": Check items from Brief RFL Inventory or list others:**

**Patient Name:**JEFFEREY JESSUP          **MRN:**6108434          **DOB:**04-Apr-1997
**Date of Visit:**22-Jun-2023          **Owner:**Cruz,Pamela
**Document Type:**Progress Note v11
**Site Name:**Central Arizona Florence Complex

### Allergies
- No Known Drug Allergies

### Current Meds
1. Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhalation Aerosol Solution; INHALE 2 PUFFS Twice daily PRN DOT until KOP;
   Therapy: 10Feb2023-(Last:07Mar2023); Last Rx:07Mar2023 Ordered
2. ZyrTEC Allergy 10 MG Oral Capsule; Take 1 capsule by mouth daily as needed. DOT TO KOP;
   Therapy: 07Mar2023-04Sep2023; Last Rx:08Mar2023 Ordered

### Subjective
Received phone call from RHU regarding detainee making statements to officer regarding self harm @ 1836. Officer standby and notified Dr. Murphy @ 1843 and updated with full assessment at 1854.

Evaluated detainee at 1845. Detainee in cell 107 in RHU. Detainee refusing to answer questions, hitting body against door, dancing around room. Unable to redirect detainee to obtain information if detainee has any self harm thought or plans or plans of hurting others.

No obvious signs of trauma noted, unable to fully visualize detainee thru cell door window, unable to open cell due to detainee behavior for full evaluation.

### Objective
Detainee is alert, non verbal, refusing to answer questions, per officers detainee was talking prior to this RN asking questions.
Detainee respirations even, unlabored, no respiratory distress noted

### Assessment
Health maintenance evalaution

### Plan
Place detainee on constant suicide watch. Detainee is allowed to have suicide smock, suicide blanket, mattress and finger foods. Detainee to have mental health evaluation appointment tomorrow. Detainee to remain in RHU.
Above orders are TORBV Dr. Murphy per P. Cruz BSN

### Signatures
Electronically signed by : Pamela Cruz, R.N.; Jun 22 2023  7:11PM UMST (Author)
Electronically signed by : Pamela Cruz, R.N.; Jun 22 2023  7:12PM UMST (Author)
Electronically signed by : DeBora Murphy, MD; Jun 27 2023  7:02AM UMST (Author)

Patient Name:JEFFEREY JESSUP                    MRN:6108434              DOB:04-Apr-1997
Date of Visit:15-Mar-2023                        Owner:AHSAdmin,AHS
Document Type:Emergency Anatomical Form
Site Name:Central Arizona Florence Complex



**Facility Emergency Anatomical Form- USM**

☒ Inmate/Resident   ☐ Employee   *Patient Refused assessment @ 1231*
Facility Name: _CAFCC_                                Date: _3·15·23_        Time: _1220_

Name: (Last, First) _JESSUP, Jeffery_                  Agency # / Employee#: _43680510_

Age: _25_        Race: _Af. Amor._    Sex: ☒ male ☐ female   Time Notified: _1220_      Time Seen: _1224_

Place of Occurrence: _700 Bravo_              Date/Time of Occurrence: _3·15·23_      @ _1220_

Reason for Report: ☐ injury ☐ on the job injury ☒ use of force ☒ pre-seg admission ☐ other: _____

Mode of Arrival? ☐ wheelchair ☐ ambulatory ☐ on-site ☐ escorted by _____

**Injuries Found?** ☐ Yes ☒ No – If yes, use the appropriate code number on the figures above

| Abrasions/Scratch | 1 | Fresh Tattoo | 7 | Reddened Area | 13 | Other, list below | |
|---|---|---|---|---|---|---|---|
| Active Bleeding | 2 | Cut/Laceration/Slash | 8 | Skin Flap | 14 | | 17 |
| Bruise/Discoloration | 3 | Chemical Spray Area | 9 | Swollen Area | 15 | | 18 |
| Burn | 4 | Pain | 10 | Open Fracture | 16 | | 19 |
| Deformity | 5 | Protrusion | 11 | | | | |
| Dried Blood | 6 | Puncture | 12 | | | | |

RN Notified: _Arbit RN_
Time: _1220_
LIP Notified: _Arbit RN_
Time: _1220_
Form Completed By/Title: _Brendilyn Heredia_
Print/Sign _Brz/Her LPN_

Chemical Spray Exposure? ☐ Yes ☒ No   Decontaminated? ☐ Yes ☐ No   Self-decontamination instructions given? ☐ Yes ☐ No
Refused Decontamination? ☐ Yes ☐ No       Placed on every 15 minute respiratory checks? ☐ Yes ☐ No
Brief Statement in subject's words of the circumstances of the occurrence: _____

Comments: _Refused Assessment @ 1231_
Disposition: _Can be moved to pre-seg_ Time: _1233_

Cleared for RHU: (Yes) No    N/A if not preseg
Cleared by Medical: (Yes) No    Respiratory issues: Yes (No)
Mental Health concerns: Yes No   MH Referral: Yes No

08/19/20

Proprietary Information – Not For Distribution – Copyrighted · Property of CoreCivic

Notice of claim Against the State of Arizona

File: _____

Claim must be filed in accordance with A.R.S §12-821.01
Please type or print
All blanks Must be completed.

## Claimant Information

Claimant Name: Jeffery J Jessup

Address: ~~600~~ P.O. BOX 6300

City: Florence    State: Arizona    Zip: 85132    Phone #(Home): 480-252-776

Work): 773-405-6590    DOB: 04/04/1997    Email Address: jj432466@gmail.co

Claim # G-202322334 Facts

G-202322334-1

| Date Of Occurrence | Location Of Occurrence | State Agency of Occurrence |
|---|---|---|
| 3/15/23 to present 2024 | P.O Box 6300 Florence, Az | Central Arizona |
| Time Of Occurrence All-Day    AM/PM | 85132 CAFCC | Florence Correctional Complex Core Civic |

I identify the circumstances under which the damages or Injury(ies) were sustained, the causes thereof and the nature and extent of the damage and/or injuries. List the State Agency if Known. You may attach additional pages if necessary. 3/15/23 to Present Day I am continuously harrassed by staff taunted, psycologically intimidated, treated impartially, and abused physical, mentally and emotionally and provoked to feel unsafe at this State Agency Listed Above Health, Medical, Religiously, and Security wise and feel like I been a targeted Person. Because this is my 1/2 2nd Claim in same city

amount of Claim $ 150,000,000 . In order for a ~~valid~~ claim to be valid, ARS 12-821.01 (A) requires the claimant to include a specific amount for which the claim can be settled. The Statute requires the claim b filed with the State of Arizona within 180 days after the cause of actio accrues.

Claimant Signature: _____    Date: 2/22/24

On 3/15/23 approximately at 12:00-12:45 pm in unit 700 A/B sallyport I was choked and beat up by several officers due to I wanted a piece of chicken because the one I was giving looked contaminated and it's skin was peeled back I asked the feeding officer can I get another piece because the other was disgusting and an health concernig but he didn't and when I tried to get another then I was choked body slammed, kicked and punched after I was handcuffed I was put in a chair then choked again after task to 900 seg.

3/15 to 6/22/23 in CAFCC's 900 seg. After I told them I was going to sue I was taunted by staff and harrassed they would throw rocks at my window at night time Yell "You Got HIV" "I Have You" and other stuff From the exits that leads to the rec yard and rec yard itself and yell at me crazy things I thought I was tripping until they came saying them to me directly as if they were trying to provoke me in a psychological way but they still do it to this day / when I was on my phone calls they will listen one time an officer displayed "I wasnt on the phone with anyone"

6/22/23 to 6/28/23 to 8/2/23 in RHU and O-Pod in CAFCC I was moved to RHU main Seg. in the morning of 6/22/23 on West of the building and there same thing was going on until the time approximately 6:15 to 9:00 pm I was first after I asked a question about the NBA Championship and who did he ride with for the Finals then all of a sudden he activated for me and told the people/staff I was feeling suicidal I let him know that's not what I said and it's no need to activate he said I have to talk to mental health I said "NO" and I wasn't suicidal but the nurse came and I didn't speak an talk he or her he insisted I cuff up I continue my arguement as I wasn't feeling suicidal

having signs and that Read I am not suicidal they stood by my door until about 8:30-40 pm then I was sprayed 2x and beating-up by Sert Team took to dry cell then to O-pod on Eastside of building/There On 6/27-28 at times through (10:30pm to 1:00 am) I was first sprayed by an officer for no reason again then sprayed and beat-up by Sert team and again within time givin circled above I went through grievance process as far a I coun but they try to say the reason was because" I had an item around my neck

8/2-3 to 12/11/23 CAFCC's locations 900
And On 12/11 I recorded a PREA ON STAFF
Same thing was going on until 
10/10/23 where I was slammed by an officer when I wanted him to stop grabbing me so hard I asked him more then twice to give me some type of clarity he didn't even when I was about to get in the shower I tried to get in but he wouldn't let go of me as I tried to turn hes way he choked me into the shower things like this kept going on as they tried to make it hard for me to get things so

Dates 2023
Cells- B108 8-2/5
900 - C110 8/4/ to 11
900 - B107 8/11 to 13
800 - B203 8/14 to 15
900 - C202 8/15 to 8/22
B202 8/22 + 9/15
B107 9/15 to 12/11

12/11/23 to Present Day CAFCC Location Main RHU Seg.

On 12/28/23 was not fed by Staff member because I wouldn't close the trap and also when I asked why later my trap was still open they Fed me but From the time 11:50 am to 5:30pm Same staff member and others taunt me and try to provoke me psychologically All things I said on this Claim is true and recorded on Camera + Phone 3/4

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Punitive Money Damages, Actual Damages $150M
Dike Psychological harm                    because it is no limit to
Attorney fee and cost   and all other personal injury to
                                            court cost.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/4/25

Signature of Plaintiff

Printed Name of Plaintiff   Jeffery Jabari Jessup

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address